**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ronald Allen KEATON, Defendant–Appellant.**

**No. 01–7534.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 29, 2002.

Ronald Allen Keaton, Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ronald Allen Keaton appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Keaton*, Nos. CR–95–4; CA–01–58–7–BR (E.D.N.C. filed June 18, 2001; entered June 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*